

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00605-CV

**IN RE SAKS & COMPANY LLC** d/b/a Saks Fifth Avenue Off 5th
and Dennis Joseph Belmonte

Original Mandamus Proceeding[1]

### ORDER

On September 6, 2019, relators filed a petition for writ of mandamus. Relators also filed a motion for stay of the trial court's August 29, 2019 order denying a motion to quash pending final resolution of the petition for writ of mandamus. This court granted the stay on September 6, 2019. The real party in interest filed a response, to which relators replied. After considering the petition, the response, the reply, and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on September 6, 2019 is lifted.

It is so **ORDERED** on October 23, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2018CI22528, styled *Danielle Stefani Arellano Castro v. Saks & Company LLC d/b/a Saks Fifth Avenue Off 5th and Dennis Joseph Belmonte*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.